UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIJAH MELTON, a/k/a "Nice" and/or "E-Nice" and<br><br>KAREEM PIRES, a/k/a "Reem"<br><br>Defendant. | Cr. No. 1:24CR59JJM-LDA<br><br>In violation of:<br><br>COUNT 1: Conspiracy to Commit Murder for Hire<br>18 U.S.C. § 1958<br><br>COUNT 2: Solicitation to Commit a Crime of Violence<br>18 U.S.C. § 373(a)<br><br>COUNT 3: Solicitation to Commit a Crime of Violence<br>18 U.S.C. § 373(a)<br><br>COUNT 4: Conspiracy to Tamper With a Witness, Victim, or Informant by Killing or Attempting to Kill<br>18 U.S.C. § 1512(k)<br><br>COUNT 5: Solicitation to Commit a Crime of Violence<br>18 U.S.C. § 373(a) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
*Conspiracy to Commit Use of Interstate Commerce Facilities in Commission of Murder-For-Hire*
*18 U.S.C. § 1958(a)*

Beginning on or about February 28, 2024, the exact date being unknown to the Grand Jury, and continuing through on or about April 27, 2024, in the District of Rhode Island and elsewhere, the defendants, ELIJAH MELTON, and KAREEM PIRES, did knowingly and

willfully combine, conspire, confederate, and agree with one another, and with others known and unknown to the Grand Jury, to cause another to travel in interstate commerce, and use and cause another to use a facility of interstate commerce, with intent that murder of victims #1, #2 and #3 be committed in violation of the laws of any State or the United States as consideration for the receipt of and as consideration for a promise and agreement to pay money and anything of pecuniary value, in violation of 18 U.S.C. § 1958(a).

## COUNT TWO
*Solicitation to Commit a Crime of Violence*
*18 U.S.C. § 373(a)*

Beginning on or about February 28, 2024, and continuing through on or about April 27, 2024, in the District of Rhode Island and elsewhere, the defendant, ELIJAH MELTON, with the intent that another person known to the Grand Jury engage in conduct constituting a felony that has as an element, the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade such person known to the Grand Jury to engage in such conduct, that is to murder an Assistant United States Attorney #1 in violation of 18 U.S.C. § 1114, all in violation of 18 U.S.C. § 373.

## COUNT THREE
*Solicitation to Commit a Crime of Violence*
*18 U.S.C. § 373(a)*

Beginning on or about February 28, 2024, and continuing through on or about April 27, 2024, in the District of Rhode Island and elsewhere, the defendant, ELIJAH MELTON, with the intent that another person known to the Grand Jury engage in conduct constituting a felony that has as an element the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit,

command, induce and endeavor to persuade such person known to the Grand Jury to engage in such conduct, that is to murder an Assistant United States Attorney #2 in violation of 18 U.S.C. § 1114, all in violation of 18 U.S.C. § 373.

## COUNT FOUR
*Conspiracy to Tamper With a Witness, Victim, or Informant by Killing or Attempting to Kill*
*18 U.S.C. § 1512(k)*

Beginning on or about February 28, 2024, the exact date unknown to the Grand Jury, and continuing through on or about April 27, 2024, in the District of Rhode Island and elsewhere, the defendants, ELIJAH MELTON, and KAREEM PIRES, did knowingly and intentionally combine, conspire, confederate and agree with other individuals known and unknown to the Grand Jury, to murder a person known to the Grand Jury with intent to prevent the attendance and testimony of the person, Victim #1, in an official proceeding against ELIJAH MELTON in the United States District Court for the District of Massachusetts, in violation of 18 U.S.C. §§ 1512 (a)(1)(A) and (k).

## COUNT FIVE
*Solicitation to Commit a Crime of Violence*
*18 U.S.C. § 373(a)*

Beginning on or about February 28, 2024, the exact date being unknown to the Grand Jury, and continuing through on or about April 27, 2024, in the District of Rhode Island and elsewhere, the defendant, ELIJAH MELTON, with the intent that another person known to the Grand Jury engage in conduct constituting a felony that has an element, the use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce and endeavor to persuade such person known to the Grand Jury to engage in such conduct, that is to kill a

person, Victim #1, with intent to prevent the attendance and testimony of the person known to the Grand Jury in an official proceeding against ELIJAH MELTON in the United States District Court for the District of Massachusetts, in violation of 18 U.S.C. § 1512 (a)(1)(A).

A TRUE BILL:

███████████████

GRAND JURY FOREPERSON

Dated: 6/26/24

ZACHARY A. CUNHA
United States Attorney

*/s/ Peter J. Roklan*
PETER J. ROKLAN
Assistant U.S. Attorney

*/s/ Stacey A. Erickson*
STACEY A. ERICKSON
Assistant U.S. Attorney
Criminal Division Deputy Chief

Dated: June 26, 2024