UNITED STATES DISTRICT COURT  
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) No.   1:24-cr-00059 |
| ELIJAH MELTON, et al | ) |

## MOTION TO CONTINUE HEARING

Defendant ELIJAH MELTON, by and through his attorney Beau B. Brindley, hereby moves this Honorable Court to continue the January 20, 2026 hearing scheduled in this case. In support he states as follows:

1. A hearing into the potential conflict of interest is scheduled for January 20, 2026.

2. On January 5, 2026, the undersigned began a jury trial in *United States v. Larry* (ILND 1:23-cr-00017), which was expected by all parties to end no later than January 14. However, due to various minor delays in the proceedings, the jury did not begin deliberating until the morning of January 16, 2026. While it remains possible that the jury could return a verdict by the end of the day on January 16, if they do not the undersigned will be required to be present in Chicago for the continued deliberations on January 20 (January 19 is a holiday) The undersigned would therefore be unable to attend the scheduled hearing in this case and must request that it be continued. He would request a date of January 26 or 27 if that would be convenient to the Court.

WHEREFORE, Defendant respectfully requests that the Court continue the January 20, 2026 hearing.

s/ Beau B. Brindley  
LAW OFFICES OF BEAU. B. BRINDLEY  
53 West Jackson Boulevard

Suite 1410
Chicago, Illinois 60604
(312) 765-8878

53 West Jackson Boulevard
Suite 1150
Chicago, Illinois 60604
(312) 726-9015

## CERTIFICATE OF SERVICE

I hereby certify that this document, has been served on all parties via electronic filing on January 16, 2026§.

                                      Respectfully submitted,

                                      <u>s/ Beau B. Brindley</u>
                                      Attorney for Defendant

LAW OFFICES OF BEAU. B. BRINDLEY
53 West Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
(312) 765-8878