UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIJAH MELTON,<br>    Defendant. | Criminal Case No. 1:24-CR-59-AEM-JJM |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE

Now comes the United States, through its attorneys Charles C. Calenda, United States Attorney, and Stacey A. Erickson, Assistant United States Attorney, and responds to Defendant's Motion to Continue the hearing in the above-entitled matter, scheduled for Tuesday, January 20, 2026.

The subject of the hearing before the court pertains to the representation of the Defendant by Mr. Brindley. On August 18, 2025, the court ordered the parties to show cause why Mr. Brindley should not be disqualified from representation in this case. All responses and replies were filed by October 3, 2025. Hearings on the motion were rescheduled from November 13, 2025, November 24, 2025, December 23, 2025, and were continued to Tuesday's date.

The government has no objection to a brief continuance of the hearing to a date of January 21 or 22, 2026. The government understands that the Defendant has a jury out in the matter of *United States v. Larry*, ILND 23-CR17 (according to the docket deliberations commenced on January 15, 2026).

This matter has been pending for some time. In order for the motion to be heard, Mr. Melton must be transported from a Bureau of Prisons (BOP) facility outside of the District and at some considerable distance. The incidents alleged in the indictment involve the Defendant's association with criminal associates at the Wyatt, and the

government has concerns with the Defendant being housed at this facility and nearby facilities.

The government respectfully requests that this court require Defendant to notify the court of Mr. Brindley's trial status at the day's end, January 16, 2026, and if the jury has not concluded deliberations as of the day's end, continue the matter only until Wednesday or Thursday, January 21, or 22, 2026.  The government suggests that if the trial has not concluded by end of day Tuesday, January 20, 2026, parties may file additional requests and responses.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its Attorney,

    CHARLES C. CALENDA
    United States Attorney

    */s/ Stacey A. Erickson*
    _____
    Stacey A. Erickson
    Assistant U.S. Attorney
    U.S. Attorney's Office
    One Financial Plaza, 17th Floor
    Providence, RI 02903
    Tel (401) 709-5000
    Fax (401) 709-5001
    Email:  stacey.erickson@usdoj.gov

CERTIFICATION OF SERVICE

On this 16th day of January 2026, I caused the within Objection to Defendant's Motion to Continue Hearing, ECF 77, to be filed electronically and it is available for viewing and downloading from the ECF system.

_____
Stacey A. Erickson
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: stacey.erickson@usdoj.gov